**McCARTER & ENGLISH, LLP**
Attorneys At Law
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973-622-4444
Attorneys for Defendants,
Zimmer, Inc., Zimmer Holdings, Inc.,
Zimmer Production, Inc. and Zimmer US, Inc.

EF-3747 (Edward J. Fanning, Jr., Esq.)

| | |
|---|---|
| ANNE PASZAMANT,<br>                    Plaintiff,<br><br>vs.<br><br>ZIMMER, INC., a Delaware corporation; ZIMMER HOLDINGS, INC., a Delaware corporation, ZIMMER PRODUCTION, INC., a Delaware corporation; ZIMMER US, INC., a Delaware corporation; and ROE CORPORATIONS 1 through 20, inclusive,<br>                    Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Docket Number: 3:09-cv-02298-FLW-LHG<br><br>Civil Action<br><br>**PROPOSED AMENDED PRETRIAL SCHEDULING ORDER** |

      **THIS MATTER** having been opened to the Court by a letter dated February 23, 2010 from Defendants Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Production, Inc. and Zimmer US, Inc. (Edward J. Fanning, Jr.); and with the consent of Plaintiff (Julie Mayes Hamrick); and for good cause shown;

      IT IS on this 19th day of March 2010 ordered that the Court's prior scheduling order in this matter is amended as follow:

      **ORDERED** that fact discovery is to remain open through **May 27, 2010**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown; and it is further

      **ORDERED** that Plaintiff shall identify, by name and subject area of testimony, each of her experts by no later than **June 17, 2010**; and it is further

      **ORDERED** that Plaintiff shall serve any affirmative expert reports no later than **July 6, 2010**; and it is further

ME1 9604561v.1

**ORDERED** that Defendants shall identify, by name and subject area of testimony, each of their experts by no later than **August 12, 2010**; and it is further

**ORDERED** that Defendants shall serve any rebuttal expert reports no later than **September 6, 2010**; and it is further

**ORDERED** that the parties will complete all expert discovery by **October 4, 2010**; and it is further

**ORDERED** that dispositive motions may be filed by no later than **December 9, 2010**, and made returnable by **January 3, 2011**. Counsel are to notify Chambers within five (5) days of a decision on any dispositive motions; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on ~~March 17, 2011 at 9:30 am.~~ April 21, 2010 @ 2 pm. Plaintiff is to initiate the call; and it is further

**ORDERED** that a Settlement Conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **August 17, 2010 at 10:30 am**. Parties with full authority to settle the case are to be present. Any failure in this regard shall result in the imposition of sanctions; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

_____
LOIS H. GOODMAN
United States Magistrate Judge

ME1 9604561v.1

FEB. 23. 2010  3:50PM          (973) 624-7070          NO. 3721   P. 5