UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANNE PASZAMANT,** : | Civil Action No. 09-2298 (FLW) |
| **Plaintiff,** : | |
| v. : | **ORDER GRANTING LEAVE** |
|  : | **TO FILE AMENDED COMPLAINT** |
| **ZIMMER, INC., et al.,** : | |
| **Defendants.** : | |

This matter having come before the Court on an application by Plaintiff seeking leave to amend the complaint; and the Court noting that Defendants have withdrawn their opposition to Plaintiff's application; and the Court further noting that "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of court or the written consent of the opposing party, but leave shall be freely given when justice so requires," Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (citations omitted); and for good cause shown,

**IT IS** on this **24th** day of **March, 2010,**

**ORDERED** that Plaintiff's application for leave to amend the complaint is **GRANTED**; and it is further

  **ORDERED** that Plaintiff shall file her Amended Complaint within ten days of entry of this order.

                    **LOIS H. GOODMAN**
                    **United States Magistrate Judge**